**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **LAURIE D. ZALEUKE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  4:19-CV-2856 PLC |
| ) | |
| **ARCHDIOCESE OF ST. LOUIS** and ) | |
| **ASSUMPTION CATHOLIC CHURCH -** ) | |
| **O'FALLON d/b/a ASSUMPTION PARISH,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered herewith this date,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendants Archdiocese of St. Louis and Assumption Catholic Church – O'Fallon and against Plaintiff Laurie Zaleuke.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of November, 2021